```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
CONTINENTAL COMPANY,                    :
                                        :
                Plaintiff,              :   03 CIV. 652 (DLC)
                                        :
        -v-                             :   ORDER
                                        :
BERNARD J. EBBERS; SUSAN MAYER;         :
CLIFFORD ALEXANDER, JR.; JAMES C.       :
ALLEN; JUDITH AREEN; CARL J. AYCOCK;    :
RONALD R. BEAUMONT; MAX E. BOBBIT;      :
FRANCESCO GALESI; STILES A. KELLETT;    :
GORDON S. MACKLIN; DAVID F. MYERS; JOHN :
A. PORTER; BERT C. ROBERTS, JR.; JOHN   :
W. SIDGMORE; SCOTT D. SULLIVAN; and     :
LAWRENCE C. TUCKER,                     :
                                        :
                Defendants.             :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/08

DENISE COTE, District Judge:

    This case having been resolved, it is hereby

    ORDERED that the Clerk of Court shall close the case.

Dated:    New York, New York
           March 26, 2008

                                      _____
                                        DENISE COTE
                          United States District Judge